UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC STRATFORD,<br><br>    Plaintiff,<br><br> v.<br><br>ARNOLD SCHWARZENEGGER,<br><br>    Defendant. | No. 1:17-cv-00766-DAD-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 33) |

    Plaintiff Eric Stratford a former state prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 1, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed because plaintiff did not respond to the September 11, 2020 order (Doc. No. 31) directing plaintiff to show cause why the action should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) due to his failure to serve the sole remaining defendant. (Doc. No. 33.) The findings and recommendations were served on plaintiff at his address of record with the court and contained notice that any objections thereto were to be

/////

---

[1] Plaintiff is no longer incarcerated. On February 19, 2019, and August 20, 2019, plaintiff filed notices of change of address with the court. (Doc. Nos. 18, 19.)

1

filed within fourteen (14) days. (*Id.* at 3.) To date, no objections have been filed, and the time to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 1, 2021, (Doc. No. 33), are adopted in full;
2. This action is dismissed due to plaintiff's failure to serve defendant Schwarzenegger; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 4, 2021**

UNITED STATES DISTRICT JUDGE